1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
    11th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
5   Telephone:    (415) 436-7017
    Fax:          (415) 436-7009
6
   Attorneys for the United States of America
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

   UNITED STATES OF AMERICA,          )  No. CR 12-0486 WHA
12                                     )
              Plaintiff,               )
13                                     )
         v.                            )  STIPULATION TO SCHEDULE STATUS
                                       )  CONFERENCE AND TO EXCLUDE TIME
14                                     )  UNDER SPEEDY TRIAL ACT AND
   JOHN KIERAN HYNES,                  )  [Proposed] ORDER THEREON
15                                     )
              Defendant.               )
16   _____)

17

18         For the reason that defendant's counsel requires reasonable time to review extensive

19  discovery already produced in this matter, to prepare this material for trial, and to prepare

20  witnesses for trial, it is hereby stipulated by and between Plaintiff, the United States of America,

21  and Defendant, John Kieran Hynes, through their respective counsel, as follows:

22      1.   That a status conference in this matter be scheduled for September 18, 2012, at 2:00 p.m.;

23  and

24      2.   That the period of delay from July 24, 2012, to September 18, 2012, shall be excluded

25  pursuant to 18 U. S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) as the ends of justice served by this

26  exclusion allowing for continuity of counsel, ongoing discovery production and review, and for

27  //

28  //

1 adequate trial preparation in this matter outweigh the best interest of the public and the defendant

2 in a speedy trial.

3                                              MELINDA HAAG
                                             United States Attorney

4

5          /s/                                        /s/
   JOHN M. YOUNGQUIST                        THOMAS MOORE
6  Attorney for John Keiran Hynes            Assistant United States Attorney
                                             Tax Division
7

8

9

10        PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12 Dated:  July 25, 2012.

13                                          William Alsup
                                           UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28